IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02370-ZLW-CBS

JOHN THOMAS KILPATRICK III,

    Plaintiff,

v.

THE BOARD OF DIRECTORS OF THE FOOTHILLS FIRE PROTECTION DISTRICT
and
RICHARD BARTLETT,
JULIE ANN COURIM, and
DAVID B. ROBINSON, as members thereof,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: October 6, 2010

    It is ORDERED that ruling is deferred on Plaintiff's Motion For Order Requesting Certification Of A Record (Doc. No. 2; Sep. 28, 2010) until after Defendants file a responsive pleading.