# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-02370-ZLW-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 2, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| JOHN THOMAS KILPATRICK, III, | Evan S. Lipstein |
| Plaintiff, | |
| v. | |
| BOARD OF DIRECTORS OF THE FOOTHILLS FIRE PROTECTION DISTRICT, *et al.*, | January Dedrick Barrett<br>Mark Overturf |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:** 8:03 a.m.
Court calls case. Appearances of counsel.

Discussion regarding Defendants' Unopposed Motion for Extension of Time in Which to File Responsive Pleading to Plaintiff's First Amended Complaint, doc #[18], filed 11/23/2010.

The court suggests that the current Motion to Dismiss, doc #[11], be treated as superceded by the Amended Complaint, and the Defendant could file a new Motion to Dismiss directed at the Amended Complaint. Counsel state no objection.

**ORDERED:** Defendants' Unopposed Motion for Extension of Time in Which to File Responsive Pleading to Plaintiff's First Amended Complaint, doc #[18], is **DENIED AS MOOT**. Defendants shall file an Answer or Otherwise Respond to the First Amended Complaint, doc #[13], by Friday **DECEMBER 10, 2010**.

Ms. Barrett makes an oral motion to withdraw the Motion to Dismiss, doc #[11].

**ORDERED**: Defendants' oral Motion to Withdraw the Motion to Dismiss is **GRANTED**. The Motion to Dismiss, doc #[11], is **WITHDRAWN WITHOUT PREJUDICE**.

The court states that the Scheduling Conference set for December 8th will go forward.

HEARING CONCLUDED.
**Court in recess**: 8:12 a.m.
Total time in court: 00:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.