IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02370-ZLW-CBS

JOHN THOMAS KILPATRICK III,

    Plaintiff,

v.

THE BOARD OF DIRECTORS OF THE FOOTHILLS FIRE PROTECTION DISTRICT
and
RICHARD BARTLETT,
JULIE ANN COURIM, and
DAVID B. ROBINSON, as members thereof,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: March __9__, 2011

    It is ORDERED that the Stipulated Motion To Dismiss With Prejudice (Doc. No. 32; Mar. 1, 2011) is treated as a dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).